UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>PLAINTIFF<br>v.<br>GLEN H. CAMERON,<br><br>DEFENDANT | CIVIL ACTION NO.:<br>1:25-cv-00194-NT |

## STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the status of the above-captioned matter as follows:

1. The parties are scheduled to participate in mediation on July 21, 2025, from 9:00 a.m. to 12:00 p.m.

2. Additionally, Defendant Glen H. Cameron is actively working with an Penquis Housing Counselor with regard to the Mortgage in question and Plaintiff, United States Department of Agriculture is gathering requested documentation to provide to Defendant and Penquis Housing.

Dated this June 30, 2025.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

> Glen H. Cameron
> PO BOX 183
> Oakfield, Maine 04763

Dated at Portland, Maine, this June 30, 2025.

/s/ *Kevin J. Crosman*

_____
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff