## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

UNITED STATES DEPARTMENT
OF AGRICULTURE,

PLAINTIFF

v.

GLEN CAMERON,

DEFENDANT

**CIVIL ACTION NO.:**
**1:25-cv-00194-SDN**

### STATUS REPORT

Now comes the United States Department of Agriculture through its counsel and reports on the

status of the above-captioned matter as follows:

1. The parties participated in mediation on March 16, 2026.

2. The case is to be returned to the docket, with a scheduling order to be issued after 90

   days, if a settlement is not reached within that 90 day period.

Dated this March 23, 2026.

/s/ *Kevin J. Crosman*
Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

 Dated at Portland, Maine, this March 23, 2026.

/s/ *Kevin J. Crosman*

_____

Kevin J. Crosman, Bar No. 4279
Attorney for Plaintiff